IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 17-17-LPS |
| | : | |
| PAUL HURSEY, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR CONTINUANCE OF SENTENCING HEARING**

1.  Sentencing in this matter is scheduled for December 6, 2017 at 10:00 a.m.

2.  Government counsel filed a sentencing memorandum on November 23, 2017, noticing its intent to seek a 2 level upward variance from the advisory sentencing guidelines range.

3.  Undersigned counsel needs more time to review, research and respond to the government's request for an upward variance. Accordingly, defense counsel requests a continuance of at least thirty (30) days.

4.  Mr. Hursey is not in custody. He is working full-time, supports his daughter financially while she attends school and provides her with a home, as well as provides a home for his son, who serves in the United States Air Force, when he is on leave. In addition, Mr. Hursey has been in complete compliance with all pre-trial conditions.

5.  Assistant United States Attorney Edmond Falgowski does not oppose defendant's motion for a continuance of at least thirty (30) days.

WHEREFORE, for these reasons and for whatever other reasons the Court deems necessary or appropriate, Mr. Hursey, through his undersigned counsel, respectfully requests that his Sentencing Hearing be continued for at least thirty (30) days.

                                                  Respectfully submitted,

DATED:  November 27, 2017          /s/ *Dina Chavar*
                                                  DINA CHAVAR, ESQUIRE
                                                  1007 North Orange Street
                                                  The Nemours Building, Fourth Floor
                                                  Wilmington, DE 19801
                                                  302-256-0804
                                                  Dina@dinachavar.com