IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 17-17 LPS |
| | ) | |
| PAUL HURSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S AMENDED SENTENCING MEMORANDUM

In its Sentencing Memorandum (Docket Item 36), the government requested an upward variance from the applicable guideline range (30-37 months).

This is to provide notice that the government withdraws its request for a variance. The government recommends a sentence of 37 months incarceration.

DAVID C. WEISS
Acting United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 12/12/17